FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 JAN -8
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE: MAGISTRATE JUDGE ) 
ASSIGNMENTS ) MISC. NO. MC119-001
)

# ORDER

On January 4, 2019, the Honorable Christopher L. Ray was sworn in as the new United States Magistrate Judge for the Southern District of Georgia, succeeding the Honorable G. R. Smith in Savannah, Georgia.

**IT IS HEREBY ORDERED**, that upon due consideration, unless otherwise specifically ordered, all magistrate judge assignments and referrals in the Savannah and Statesboro Divisions of this court are hereby assigned to Magistrate Judge Ray.

This 8th day of January, 2019.

J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia